## WESTBROOK v. THE STATE.

FISH, C. J. There was no complaint that any error was committed during the trial. There was sufficient evidence to authorize the verdict. The refusal of a new trial was not error.

*Judgment affirmed. All the Justices concur, except Beck, J., absent.*
·NOVEMBER 9, 1915.

Indictment for murder. Before Judge Freeman. Carroll superior court. June 22, 1915.·

*S. Holderness* and *H.·H. Burns,* for plaintiff in error. ,

*Clifford Walker, attorney-general, J. R. Terrell, solicitor-general, W. C. Wright,* and *Mark Bolding,* contra.

---

## INGRAM v. THE STATE.

EVANS, P. J. No error is assigned on the admission or rejection of evidence. The sole complaint is as to the sufficiency of the evidence. The evidence examined, and found sufficient to support· the verdict. There was no abuse of discretion in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Beck, J., absent.*
NOVEMBER 9, 1915.

Indictment for murder. Before Judge Worrill. Randoıpn superior court. July 10, 1915.

*Robert L. Moye,* for plaintiff in error.

*Clifford Walker, attorney-general, B. T. Castellow, solicitor-general, R. R. Arnold,* and *Mark Bolding,* contra.